J. OWEN CAMPBELL (State Bar No. 229976)     JS 6
joc@severson.com
SEVERSON & WERSON, A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110     Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344     Facsimile: (415) 956-0439

Attorneys for Defendants
BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE LLC; US BANK NATIONAL ASSOCIATION, as Trustee for Harborview Mortgage Loan Trust 2005-10 Mortgage Loan Pass-Through Certificates, Series 2005-10; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and RECONTRUST COMPANY, N.A. (erroneously sued as Recontrust Company, Inc.)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| ERNEST T. ARMSTRONG, an individual, ALICIA P. ARMSTRONG, an individual,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BANK OF AMERICA, N.A., a National Association; NATIONSTAR MORTGAGE LLC, a limited liability company; US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-10 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-10, a National Association; COMMONWEALTH LAND TITLE; NBS DEFAULT SERVICES LLC; AEGIS WHOLESALE CORPORATION, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, INC., a California corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 5:15-cv-02549 DSF (KKx)<br>Hon. Dale S. Fischer<br>Ctrm. 840 – Roybal<br><br>**ORDER APPROVING STIPULATION AND REMANDING ACTION TO STATE COURT**<br><br>Action Filed:   September 29, 2015<br>Trial Date:      March 28, 2017 |

1  The Court, having reviewed the stipulation of the parties, and good cause
2  appearing therefore, hereby APPROVES and GRANTS the stipulation, and
3  REMANDS this action to the state court.
4  IT IS SO ORDERED.
5      4/1/16
6  DATED: _____

*Dale S. Fischer*

THE HONORABLE DALE S. FISCHER